**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA** 2016 JAN -8 AM 11:39
**SAVANNAH DIVISION**

CLERK
~~SO. DIST. OF GA.~~

ROGER L. FREEMAN,               )
                               )
    Petitioner,            )
                               )
v.                             )    CASE NO. CV415-242
                               )             CR406-336
UNITED STATES OF AMERICA,       )
                               )
    Respondent.            )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which an objection has been filed (Doc. 6). After careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this ___8th___ day of January 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA