**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA     *
                             *

v.                           *        CR 406-336
                             *

ROGER LEE FREEMAN       *

## O R D E R

On July 12, 2016, this Court denied Defendant Roger Lee Freeman's motion for reconsideration of this Court's Order of April 13, 2016, which had denied Freeman's motion for leave to appeal <u>in forma pauperis</u> from this Court's dismissal of his petition under 28 U.S.C. § 2255. As is his modus operandi, Freeman has now appealed the Order of July 12, 2016, and filed a motion to appeal <u>in forma pauperis</u> and a motion for a certificate of appealability related to the latest appeal.

Freeman has not made a substantial showing of the denial of a constitutional right; therefore, his motion for the issuance of a certificate of appealability (doc. 60) is **DENIED**. <u>See</u> 28 U.S.C. § 2253(c)(1)(B). Consequently, his motion to proceed <u>in forma pauperis</u> (doc. 61) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of August, 2016.

                                   _____

                                   HONORABLE J. RANDAL HALL
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF GEORGIA